SAM BACHARACH, Appellant, *v.* AMERICAN UNION REALTY COMPANY,
Respondent.

*Practice — demurrer — plaintiff's motion for judgment on pleadings —
relief.*

Appeal from an order of the Appellate Term, entered in the New York
county clerk's office on the 6th day of April, 1914, affirming an order of the
City Court denying plaintiff's motion for judgment on the pleadings.

PER CURIAM: The notice of motion given by the plaintiff was for
judgment on the pleadings. No motion was made by the defendant for
judgment in its favor. We think the Special Term of the City Court
correctly denied the plaintiff's motion for judgment on the pleadings;
but no motion having been made to sustain the demurrer, the order
should have been confined to a simple denial of the plaintiff's motion,
with ten dollars costs to the defendant. (See *Ventriniglia* v. *Eichner*,
138 App. Div. 274; *Duff* v. *Queensbro Heights Land Corporation*, 156
id. 913.) The determination appealed from and the order of the City
Court are, therefore, modified as indicated, and as so modified affirmed,

with ten dollars costs and disbursements of this appeal. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ. Determination modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to defendant. Order to be settled on notice.